UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAY JOHN,<br><br>                     Plaintiff,<br><br>      v.<br><br>UNDERWRITERS AT LLOYD'S LONDON, a foreign insurance company,<br><br>                     Defendant. | No. CV-13-5043-EFS<br><br>**ORDER DISMISSING CASE** |

On April 22, 2014, the parties filed a stipulated dismissal, ECF No. 18. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation of Dismissal With Prejudice, **ECF No. 18**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  23rd  day of April 2014.

                                       s/ Edward F. Shea
                                       EDWARD F. SHEA
                        Senior United States District Judge